Andrew Rozynski, Esq. (NY# 5054465; *Pro Hac Vice*)
EISENBERG & BAUM, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
212-353-8700 (tel.)
212-353-1708 (fax)
arozynski@eandblaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

---

| | |
|---|---|
| MELVIN PATTERSON, AND BRANTON STEWART, <br><br> Plaintiffs, <br><br> against <br><br> BURNING MAN PROJECT, <br><br> Defendant. | Case. No. 4:19-cv-05205-HSG <br><br> **STIPULATION AND ORDER TO ADJOURN TELEPHONIC CONFERENCE TO NOVEMBER 12, 2019 AT 3:00 P.M.** |

---

Pursuant to Rule 7-12 of the Civil Local Rules for the U.S. District Court for the Northern District of California, Defendant BURNING MAN PROJECT ("Defendant") and Plaintiffs MELVIN PATTERSON & BRANTON STEWART ("Plaintiffs") hereby stipulate and agree, subject to the Order of this Court, that the telephonic conference now scheduled to occur on Tuesday, November 5, 2019, at 2:30 p.m. is hereby rescheduled for **Tuesday, November 12, 2019, at 3:00 p.m.**

| | | |
|---|---|---|
| 1 | Dated: November 5, 2019 | ERICKSEN ARBUTHNOT |
| 2 | | By: s/Andrew J. Kozlow |
| 3 | | Andrew J. Kozlow, Esq.<br>Attorneys for Defendant |
| 4 | | |
| 5 | Dated: November 5, 2019 | EISENBERG & BAUM, LLP |
| 6 | | By: s/Andrew Rozynski |
| 7 | | Andrew Rozynski, Esq.<br>Attorneys for Plaintiff |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 11/5/2019

_____
United States District Judge

-2-

Case. No. 4:19-cv-05205-HSG
STIPULATION AND ORDER TO ADJOURN TELEHPONIC CONFERENCE