Andrew Rozynski, Esq. (NY# 5054465, *Pro Hac Vice*)
EISENBERG & BAUM, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
212-353-8700 (tel.)
212-353-1708 (fax)
arozynski@eandblaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MELVIN PATTERSON, BRANTON STEWART<br><br>Plaintiffs,<br><br>vs.<br><br>BURNING MAN PROJECT<br><br>Defendant. | CASE NO. 4:19-cv-05205- HSG<br><br>**ORDER PLAINTIFFS' MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**<br><br>Date Action filed: 08/21/2019 |

**ORDER GRANTING MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**

Having considered the motion for leave to appear telephonically, it is hereby ORDERED that the Motion is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED 2nd day of December, 2019.

*Haywood S. Gilliam, Jr.* (signature)
Honorable Haywood S. Gilliam, Jr.
United States District Judge