UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN PATTERSON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BURNING MAN PROJECT,<br><br>Defendant. | Case No. 19-cv-05205-HSG<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: March 23, 2020<br>Mediator: Tamara Lange |

The request to excuse defendant Burning Man Project's insurance representative from appearing in person at the March 23, 2020, mediation before Tamara Lange is GRANTED. The representative shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: March 12, 2020

_____
Jacqueline Scott Corley
United States Magistrate Judge