ANDREW J. KOZLOW (State Bar No: 252295)
akozlow@ericksenarbuthnot.com
KARA L. WILD (State Bar No: 271647)
kwild@ericksenarbuthnot.com
ERICKSEN ARBUTHNOT
2300 Clayton Road, Suite 2300
Concord, California 94520
(510) 832-7770
(510) 832-0102
Attorney for Defendant BURNING MAN PROJECT

ANDREW ROZYNSKI. (NY# 5054465, *Pro Hac Vice*)
arozynski@eandblaw.com
EISENBERG & BAUM, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
212-353-8700 (tel.)
212-353-1708 (fax)
Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN PATTERSON and BRANTON STEWART,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BURNING MAN PROJECT,<br><br>　　　　Defendants. | No. 4:19-cv-05205-HSG<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  The Parties hereby jointly notify the court that a global settlement has been reached in
2  the above-captioned case and the parties would like to avoid any additional expense, and
3  further the interests of judicial economy.
4  All Parties, therefore, apply to this Honorable Court to vacate all currently set dates
5  with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will
6  be filed within 60 days. The Parties further request that the Court schedule a Status
7  Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their
8  attorneys of record shall show cause why this case has not been dismissed.

Dated: April 10, 2020                                          EISENBERG & BAUM, LLP

                                                               _____/s/_____
                                                               Andrew Rozynski
                                                               Attorney for Plaintiffs


Dated: April 10, 2020                                          ERICKSEN ARBUTHNOT

                                                               _____/s/_____
                                                               Andrew Kozlow
                                                               Attorney for Defendant

**Signature Attestation**

Pursuant to Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document had been obtained from each of the other signatories whose signatures are indicated by a conformed signature ("/s/") within this e-filed document.

DATED: April 10, 2020                                    ERICKSEN ARBUTHNOT

                                                         By:     */s/ Andrew Kozlow*
                                                                 Attorney for Defendants

# CERTIFICATE OF SERVICE

I the undersigned, hereby declare that I am over the age of 18 years and not a party to the within action. I am employed in the County of Contra Costa, the County in which the following service occurred. My business address is 2300 Clayton Road, Suite 350, Concord, California, 94520.

On the date listed below, I caused a true copy of the following document(s) to be served in this action upon the person(s) set forth below, by the method indicated.

**DOCUMENT(S) SERVED:**         **JOINT NOTICE OF SETTLEMENT**

**PERSON(S) SERVED:**
Andrew Rozynski, Esq.
EISENBERG & BAUM, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
*Counsel for Plaintiffs*

John K. Buche
BUCHE & ASSOCIATES, P.C.
875 Prospect Street, Suite 305
La Jolla, CA 92037
*Counsel for Plaintiffs*

**XX (BY ELECTRONIC SERVICE)** I certify that this document was served electronically to the person(s) named above. Notice of this filing will be sent to the above person(s) by operation of the United States District Court – Northern District of California Court's electronic filing system ECF. Parties may access this filing through the Court's system.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed at Concord, California on April 10, 2020.

             /s/ _Penny Peterson_
              Penny Peterson