UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN PATTERSON and BRANTON STEWART,<br><br>    Plaintiff,<br><br>    vs.<br><br>BURNING MAN PROJECT,<br><br>    Defendants. | No. 4:19-cv-05205-HSG<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.  The Court sets a Status Conference/OSC for _____ at _____ am pm at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed.  If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          HONORABLE HAYWOOD S. GILLIAM JR.

# CERTIFICATE OF SERVICE

I the undersigned, hereby declare that I am over the age of 18 years and not a party to the within action. I am employed in the County of Contra Costa, the County in which the following service occurred. My business address is 2300 Clayton Road, Suite 350, Concord, California, 94520.

On the date listed below, I caused a true copy of the following document(s) to be served in this action upon the person(s) set forth below, by the method indicated.

**DOCUMENT(S) SERVED:**     ORDER

**PERSON(S) SERVED:**
Andrew Rozynski, Esq.
EISENBERG & BAUM, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
*Counsel for Plaintiffs*

John K. Buche
BUCHE & ASSOCIATES, P.C.
875 Prospect Street, Suite 305
La Jolla, CA 92037
*Counsel for Plaintiffs*

**XX (BY ELECTRONIC SERVICE)** I certify that this document was served electronically to the person(s) named above. Notice of this filing will be sent to the above person(s) by operation of the United States District Court – Northern District of California Court's electronic filing system ECF. Parties may access this filing through the Court's system.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed at Concord, California on April 10, 2020.

           /s/ *Penny Peterson*
             Penny Peterson