UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN PATTERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BURNING MAN PROJECT,<br><br>Defendant. | Case No. 19-cv-05205-HSG   (JCS)<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO COMPEL DISCOVERY ANSWERS**<br><br>Re: Dkt. No. 43 |

The parties having filed a Joint Notice of Settlement, ECF 53, the Motion to Compel Discovery Answers Based on Attorney Client Privilege (the "Motion"), ECF 43, is **DENIED without prejudice**. The hearing on the Motion, set for May 8, 2020, at 9:30 AM, before Chief Magistrate Judge Joseph C. Spero is **VACATED.**

**IT IS SO ORDERED.**

Dated: April 13, 2020

JOSEPH C. SPERO
Chief Magistrate Judge