1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| MELVIN PATTERSON and BRANTON STEWART | ) No. 4:19-cv-05205-HSG<br>)<br>) **ORDER**<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| BURNING MAN PROJECT, | )<br>) |
| Defendants. | )<br>)<br>) |

12
13
14
15
16
17
18

## **ORDER**

19
20

The Court hereby **VACATES** all currently set dates in light of the parties' Notice of Settlement, Dkt. No. 53, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court further **SETS** a Status Conference for June 16, 2020, at 2:00 p.m. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

21
22
23
24

**IT IS SO ORDERED.**

25
26

Dated: 4/14/2020

_Haywood S. Gilliam Jr._
HONORABLE HAYWOOD S. GILLIAM, JR.

27
28

ORDER

Page 1