1  ANDREW J. KOZLOW (State Bar No: 252295)
   akozlow@ericksenarbuthnot.com
2  KARA L. WILD (State Bar No: 271647)
   kwild@ericksenarbuthnot.com
3  ERICKSEN ARBUTHNOT
   2300 Clayton Road, Suite 2300
4  Concord, California 94520
   (510) 832-7770
5  (510) 832-0102
   Attorney for Defendant BURNING MAN PROJECT
6

7  ANDREW ROZYNSKI. (NY# 5054465, *Pro Hac Vice*)
   arozynski@eandblaw.com
8  EISENBERG & BAUM, LLP
   24 Union Square East, Fourth Floor
9  New York, NY 10003
10 212-353-8700 (tel.)
   212-353-1708 (fax)
11 Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN PATTERSON and BRANTON STEWART,<br><br>    Plaintiff,<br><br>vs.<br><br>BURNING MAN PROJECT,<br><br>    Defendants. | No. 4:19-cv-05205-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE ACTION WITH PREJUDICE**<br><br>**F.R.C.P 41(a)(1)(A)(ii)** |

**STIPULATION**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby jointly request the dismissal of the action with prejudice. Each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: May 14, 2020                    EISENBERG & BAUM, LLP

                                       _____/s/_____
                                       Andrew Rozynski
                                       Attorney for Plaintiffs

Dated: May 14, 2020                    ERICKSEN ARBUTHNOT

                                       _____/s/_____
                                       Andrew Kozlow
                                       Attorney for Defendant

**Signature Attestation**

Pursuant to Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document had been obtained from each of the other signatories whose signatures are indicated by a conformed signature ("/s/") within this e-filed document.

DATED: May 14, 2020                    ERICKSEN ARBUTHNOT

                                       By:    ____/s/ Andrew Kozlow_____
                                              Attorney for Defendants

**ORDER**

Pursuant to the stipulation, and for good cause shown, IT IS SO ORDERED, that the matter be dismissed with prejudice, each side to bear its own attorney's fees and costs

Dated: _____            _____
                                 HONORABLE HAYWOOD S. GILLIAM JR.

# CERTIFICATE OF SERVICE

I the undersigned, hereby declare that I am over the age of 18 years and not a party to the within action. I am employed in the County of Contra Costa, the County in which the following service occurred. My business address is 2300 Clayton Road, Suite 350, Concord, California, 94520.

On the date listed below, I caused a true copy of the following document(s) to be served in this action upon the person(s) set forth below, by the method indicated.

**DOCUMENT(S) SERVED:** STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE ACTION WITH PREJUDICE

**PERSON(S) SERVED:**
Andrew Rozynski, Esq.
EISENBERG & BAUM, LLP
24 Union Square East, Fourth Floor
New York, NY 10003
*Counsel for Plaintiffs*

John K. Buche
BUCHE & ASSOCIATES, P.C.
875 Prospect Street, Suite 305
La Jolla, CA 92037
*Counsel for Plaintiffs*

**XX (BY ELECTRONIC SERVICE)** I certify that this document was served electronically to the person(s) named above. Notice of this filing will be sent to the above person(s) by operation of the United States District Court – Northern District of California Court's electronic filing system ECF. Parties may access this filing through the Court's system.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed at Concord, California on May 14, 2020.

        /s/ *Penny Peterson*
           Penny Peterson