1  ANDREW J. KOZLOW (State Bar No: 252295)
   akozlow@ericksenarbuthnot.com
2  KARA L. WILD (State Bar No: 271647)
   kwild@ericksenarbuthnot.com
3  ERICKSEN ARBUTHNOT
   2300 Clayton Road, Suite 2300
4  Concord, California 94520
   (510) 832-7770
5  (510) 832-0102
   Attorney for Defendant BURNING MAN PROJECT
6

7  ANDREW ROZYNSKI. (NY# 5054465, *Pro Hac Vice*)
   arozynski@eandblaw.com
8  EISENBERG & BAUM, LLP
   24 Union Square East, Fourth Floor
9  New York, NY 10003
   212-353-8700 (tel.)
10 212-353-1708 (fax)
   Attorneys for PLAINTIFFS
11

12

13

14                   **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16

17 MELVIN PATTERSON and BRANTON    )   No. 4:19-cv-05205-HSG
                                   )
18 STEWART                         )   **STIPULATION AND [PROPOSED]**
                                   )   **ORDER FOR DISMISSAL OF THE**
19          Plaintiff,             )   **ACTION WITH PREJUDICE**
                                   )
20     vs.                         )
                                   )   **F.R.C.P 41(a)(1)(A)(ii)**
21 BURNING MAN PROJECT,            )
                                   )
22          Defendants.            )
                                   )
23                                 )
                                   )
24                                 )
                                   )
25 _____ )

26

27

28

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE ACTION WITH PREJUDICE**

1

## STIPULATION

2

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby jointly

3

request the dismissal of the action with prejudice. Each party to bear its own attorney's fees

4

and costs.

5

**IT IS SO STIPULATED.**

6

Dated: May 14, 2020                                    EISENBERG & BAUM, LLP

7

8

_____
                                                                       /s/
Andrew Rozynski
Attorney for Plaintiffs

9

10

Dated: May 14, 2020                                    ERICKSEN ARBUTHNOT

11

12

_____
                                                                       /s/
Andrew Kozlow
Attorney for Defendant

13

14

## Signature Attestation

15

16

Pursuant to Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this

17

document had been obtained from each of the other signatories whose signatures are indicated

18

by a conformed signature ("/s/") within this e-filed document.

19

20

DATED: May 14, 2020                                    ERICKSEN ARBUTHNOT

21

22

By:        _____/s/ Andrew Kozlow_____
                                                                       Attorney for Defendants

23

## ORDER

24

25

Pursuant to the stipulation, and for good cause shown, IT IS SO ORDERED, that the

26

matter be dismissed with prejudice, each side to bear its own attorney's fees and costs

27

Dated:    5/15/2020

HONORABLE HAYWOOD S. GILLIAM JR.

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE ACTION WITH PREJUDICE